**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Eddie Lee FINLEY, Defendant— Appellant.**

**United States of America, Defendant—Appellee,**

v.

**Eddie Lee Finley, Jr., Plaintiff— Appellant.**

**No. 10–10486, 10–10489 Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

March 15, 2011.

Susan Cowger, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Eddie Lee Finley, Texarkana, TX, pro se.

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Eddie Lee Finley has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Finley has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.